IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

EILEEN LAGALA,

     Appellant,

                                      Case No. 5D22-384

v.                                       LT Case No. 2020-CA-237


WILLIAM GLENN ROY, JR., ESQUIRE,
PINECREST BUILDING CORPORATION, A
FLORIDA CORPORATION D/B/A RUSAW
HOMES AND PINECREST POOLS AND
SPAS, INC., A FLORIDA CORPORATION,
TERESA YATES LYONS, ET AL,

         Appellees.

_____/

Decision filed September 13, 2022

Appeal from the Circuit Court
for Citrus County,
Carol A. Falvey, Judge.

Kevin K. Dixon, of Kevin K. Dixon, P.A.,
Inverness, for Appellant.

Lauren M. Reynolds, and C. Andrew
Roy, of Winderweedle, Haines, Ward &
Woodman, P.A., Winter Park, for Appellee,
William Glenn Roy, Jr., Esquire.

No Appearance for Other Appellees.

PER CURIAM.

     AFFIRMED.

EVANDER, TRAVER and WOZNIAK, JJ., concur.